UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT A. PASTOR, | Case No. 2:15-cv-02403-JCM-PAL |
| Plaintiff, | ORDER |
| v. | |
| GREEN TREE SERVICING, LLC, et al. | |
| Defendants. | |

Before the court is the Notice of Settlement Between Plaintiffs and Equifax Information Services LLC (Dkt. #19). The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Equifax Information Services, LLC shall have until **April 11, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 22nd day of February, 2016.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE