Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. PASTOR,<br><br>   Plaintiff,<br><br>SUZANA PASTOR,<br><br>   Consol Plaintiff,<br>v.<br><br>GREEN TREE SERVICING, LLC, BANK OF AMERICA, BANK OF AMERICA, N.A., DEPARTMENT STORES NATIONAL BANK and EQUIFAX INFORMATION SERVICES, LLC,<br><br>   Defendants, | Lead Case No.: 2:15-cv-02403-JCM-PAL<br><br>Case No.: 2:15-CV-2405-GMN-VCF<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

KAZEROUNI LAW GROUP, APC
NEVADA, CALIFORNIA

# NOTICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Robert A. Pastor and Suzana Pastor voluntarily dismiss with prejudice the claims against Defendant Equifax Information Services LLC only.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 23rd day of February 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiffs*

IT IS SO ORDERED February 26, 2016.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 23, 2016, the foregoing NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117