UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT A. PASTOR,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>GREEN TREE SERVICING, LLC, et al.<br><br>　　　　　　　　　　　Defendants. | Case No. 2:15-cv-02403-JCM-PAL<br><br>ORDER<br><br>(Subst Atty – Dkt. ##27, 28) |

This matter is before the court on Plaintiff's Motion to Substitute Attorney (Dkt. ##27, 28) filed February 25, 2016.  Michael Kind seeks leave to be substituted in the place and stead of Danny J. Horen for Plaintiff Robert A. Pastor, and for Consol Plaintiff Suzana Pastor.  LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Substitution of Attorneys (Dkt. ## 27, 28) are **APPROVED**.
2. Michael Kind is substituted in the place of Danny J. Horen for Plaintiff Robert A. Pastor, and for Consol Plaintiff Suzana Pastor, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 10th day of March, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE