Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. PASTOR,<br><br>　　　　Plaintiff,<br><br>SUZANA PASTOR,<br><br>　　　　Consol Plaintiff,<br><br>v.<br><br>GREEN TREE SERVICING, LLC, BANK OF AMERICA, BANK OF AMERICA, N.A., DEPARTMENT STORES NATIONAL BANK, EQUIFAX INFORMATION SERVICES, LLC and BANK OF AMERICA,<br><br>　　　　Defendants. | Case No.: 2:15-cv-02403-JCM-PAL<br>Member: 2:15-CV-2405-GMN-VCF<br><br>**FIRST JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF SUZANA PASTOR AND DEFENDANT BANK OF AMERICA, N.A.** |

# JOINT STATUS REPORT

The dispute between Plaintiff Suzana Pastor ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") (jointly as the "Parties") has been resolved on an individual basis.

The Parties have reached settlement terms, and have exchanged copies of an approved settlement agreement and are waiting for the Parties to exchange an executed version of the settlement agreement. The Parties anticipate filing dismissal documents as to BANA within 30 days—on or before August 18, 2016.

DATED this 19th day of July 2016.

Respectfully Submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Akerman LLP**

By: /s/     Vatana Lay
Vatana Lay, Esq.
Bar No: 12993
Matthew Knepper, Esq.
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Bank of America N.A.*

IT IS SO ORDERED. The parties shall file a stipulation to dismiss by August 18, 2016, or a joint status report indicating when a stipulation will be filed.

Dated this 28th day of July, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE