Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Suzana Pastor*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. PASTOR,<br><br>　　　　Plaintiff,<br><br>SUZANA PASTOR,<br><br>　　　　Consol Plaintiff,<br><br>v.<br><br>GREEN TREE SERVICING, LLC, BANK OF AMERICA, BANK OF AMERICA, N.A., DEPARTMENT STORES NATIONAL BANK, EQUIFAX INFORMATION SERVICES, LLC and BANK OF AMERICA,<br><br>　　　　Defendants. | Case No.: 2:15-cv-02403-JCM-PAL<br>Case No.: 2:15-cv-2405-JCM-PAL<br><br>**STIPULATION OF DISMISSAL OF DEFENDANTS BANK OF AMERICA, N.A. and BANK OF AMERICA** |

## STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Suzana Pastor[1] ("Plaintiff") and Defendants Bank of America and Bank of America, N.A. ("Defendants") stipulate to dismiss with prejudice Plaintiff's claims against Defendants.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 8th day of August 2016.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Akerman LLP**

By: /s/   Vatana Lay
Ariel E. Stern, Esq.
Vatana Lay, Esq.
Bar No: 12993
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Bank of America and Bank of America, N.A.*

IT IS SO ORDERED:

DATED: August 10, 2016

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff Robert Pastor has previously dismissed without prejudice his claims against the Bank of America defendants.  Upon this Court's granting of this stipulation, Bank of America and Bank of America, N.A. will be entirely dismissed from this case.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on August 8, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANTS BANK OF AMERICA, N.A. and BANK OF AMERICA was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind
    7854 W. Sahara Avenue
    Las Vegas, NV 89117