UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT PASTOR, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>GREEN TREE SERVICING, LLC, et al.,<br><br>Defendant(s). | Case No. 2:15-CV-2403 JCM (PAL)<br><br>ORDER |

Presently before the court is the parties' joint motion to dismiss defendant Department Stores National Bank. (ECF No. 39).

Because defendant answered plaintiffs' allegations before the filing of the present motion, (ECF Nos. 22, 23) a court order is required for the voluntary dismissal of plaintiffs' claims against defendant. Fed. R. Civ. P. 41(a).

Department Stores National Bank is the only remaining defendant in this case. Therefore, this case is to be closed after that party's dismissal.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the present joint motion to dismiss defendant Department Stores National Bank, (ECF No. 39) be, and the same hereby is, GRANTED.

The clerk shall enter judgment accordingly and close the case.

DATED September 30, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**